## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 25-CR-20023 |
| Plaintiff, | ) |
| | ) Title 18, United States Code, |
| vs. | ) Section 922(g)(1) and |
| | ) Title 21, United States Code, |
| CORY D. JACKSON, | ) Section 841(a)(1), (b)(1)(C), (b)(1)(D). |
| | ) |
| Defendant. | ) |

FILED
MAY 0 6 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### INDICTMENT

#### COUNT ONE
#### Possession of a Firearm by a Felon

**THE GRAND JURY CHARGES:**

On a date between October 29, 2024, and November 14, 2024, in Champaign County, in the Central District of Illinois,

**CORY D. JACKSON,**

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, that is, a Taurus G2C 9mm semiautomatic pistol bearing serial number AGE214918, and that firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### Possession of Controlled Substances with Intent to Distribute

**THE GRAND JURY CHARGES:**

On or about November 14, 2024, in Champaign County, in the Central District of Illinois,

**CORY D. JACKSON,**

defendant herein, knowingly and intentionally possessed controlled substances with the intent to distribute, to wit: (1) mixtures and substances containing a detectable amount of psilocyn, a Schedule I controlled substance, (2) hydrocodone, a Schedule II controlled substance, and (3) oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### Possession of Marijuana with Intent to Distribute

**THE GRAND JURY CHARGES:**

On or about November 14, 2024, in Champaign County, in the Central District of Illinois,

**CORY D. JACKSON,**

defendant herein, knowingly and intentionally possessed less than 50 kilograms of marijuana with the intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

# FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Count One of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Between the dates of October 29, 2024, and November 14, 2024, in the Central District of Illinois, the defendant,

**CORY D. JACKSON,**

did engage in a knowing violation of Title 18, United States Code, Section 922(g)(1), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), property used to commit or facilitate the offense, including but not limited to the following:

   a. Taurus G2C 9mm semiautomatic pistol bearing serial number AGE214918, seized by the Champaign Street Crimes Task Force on November 14, 2024, from 1503 Marigold Lane, Champaign, Illinois, and

   b. Any rounds of ammunition seized by the Champaign Street Crimes Task Force on November 14, 2024, from 1503 Marigold Lane, Champaign, Illinois.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL



FOREPERSON

redacted
GREGORY M. GILMORE
Acting United States Attorney